**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO.: 3:00CR105-V**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **GEORGE G. McGUIRE,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

     **THIS MATTER** comes before the Court on Defendant's Motion to Terminate Supervised Release, filed October 25, 2005. For the reasons stated in the Defendant's motion, and with the consent of the Government, the Court finds that early termination of supervised release is appropriate in this case.

     **IT IS, THEREFORE, ORDERED** that the Defendant's motion is hereby **GRANTED**. Accordingly, the Defendant's supervised release term is hereby **TERMINATED**, effective immediately.

     **IT IS FURTHER ORDERED** that the Clerk of Court mail a copy of this Order to the United States Attorney's Office, Defense Counsel, United States Probation, and the United States Marshal.

**Signed: November 1, 2005**

Richard L. Voorhees
United States District Judge